**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ESTAFFANY GOMEZ-ARMIJO** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00353-O** |
| | § | |
| **ROBERT CERNA  et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Petitioner filed this Writ of Habeas Corpus on March 24, 2026.  Upon review, this petition does not provide sufficient factual information or legal analysis to move forward.  Accordingly, it is **DENIED**.

**SO ORDERED** on this **March 27, 2026**.


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

- 1 -